*Charles E. Miller* for appellant.

*William M. K. Olcott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Taking no part: Mc-LAUGHLIN, J.

---

NIAGARA FALLS ICE MANUFACTURING AND STORAGE COMPANY, Appellant, *v.* JOHN CASA-EGUIA, Respondent.

*Replevin — bills, notes and checks — collateral security — action to recover bonds given as collateral security of note and obtained by indorser, upon payment thereof — defense that bonds were sold by plaintiff in consideration of such payment.*

*Niagara Falls Ice M. & S. Co. v. Casa-Eguia,* 215 App. Div. 750, affirmed.

(Argued October 12, 1926; decided November 16, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was in replevin to recover possession of certain bonds pledged by plaintiff as collateral security for its promissory note. Defendant, an accommodation indorser, had paid the amount due on the note and secured possession of the bonds. The answer alleged that he had made the payment under an agreement with plaintiff that it should be considered the purchase price of the bonds thereby sold to him.

*Frank Gibbons* for appellant.

*Edward E. Franchot* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.